UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DAVIS (SERES),

        Plaintiff,

    -vs-

THE UNITED STATES OF AMERICA,

        Defendant.

_____/

CIVIL NO. 04-71816

HON. AVERN COHN
MAG. JUDGE SCHEER

**ORDER OF DISMISSAL WITH PREJUDICE**

The court having reviewed the parties' stipulation of dismissal with prejudice, IT IS

HEREBY ORDERED THAT this case is DISMISSED with prejudice and without costs or

attorney's fees to either side.


s/ Avern Cohn
UNITED STATES DISTRICT JUDGE


DATED: August 19, 2005